441 A.2d 1212
**COMMONWEALTH of Pennsylvania, Appellee,**
**v.**
**Samuel LEWIS, Appellant.**
**COMMONWEALTH of Pennsylvania, Appellee,**
**v.**
**Clair Winfield YOUNG, Appellant.**
Supreme Court of Pennsylvania.
Submitted Jan. 21, 1982.
Decided March 10, 1982.

**426**

George E. Lepley, Jr., Asst. Public Defender, Karl K. Baldys, Williamsport, (court-appointed), for appellant.

Robert F. Banks, Kenneth D. Brown, Asst. Dist. Attys., Lycoming, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

The Judgments of Sentence are affirmed.